# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0604
_____

DENISE RIGDON,

Appellant,

v.

COMMONWEALTH LAND TITLE
INSURANCE COMPANY, in its own
right and as subrogee of
Jacquelyn Alligood,

Appellee.

_____

On appeal from the Circuit Court for Lafayette County.
Darren K. Jackson, Judge.

July 17, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————


Michelle S. Polom of Law Offices of Michelle S. Polom, P.A., Stuart, for Appellant.

Michele A. Cavallaro and Alexander Ostrovsky of Fidelity National Law Group, Fort Lauderdale, for Appellee.